IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

LAVETA GILLHAM                                                                                      PLAINTIFF

vs.                                             Civil No. 6:06-CV-06047

MICHAEL J. ASTRUE
Commissioner, Social Security Administration                                       DEFENDANT

### ORDER

Now on this 30th day of November, 2007, comes for consideration the Report and Recommendation, dated October 24, 2007, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. Ten (10) days have passed without objections being filed by the parties. The Court has reviewed this motion, and being well and sufficiently advised, finds that the Report and Recommendation is proper and should be adopted in its entirety. Accordingly, the Court hereby adopts the Report and Recommendation, **GRANTS** Plaintiff's motion for attorney's fees (Doc. No. 11), and awards **$3,045.00** in attorney's fees.

IT IS SO ORDERED.

/s/Jimm Larry Hendren
HON. JIMM L. HENDREN
UNITED STATES DISTRICT JUDGE